

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR 398 |
| vs. | INDICTMENT |
| JOHNATHAN FEATHERSTONE, | 18 U.S.C. § 751(a) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about the 10th day of November, 2019, in the District of Nebraska, the Defendant, JOHNATHAN FEATHERSTONE, did knowingly escape or attempt to escape from Dismas Charities, Inc. halfway house in Omaha, Nebraska, a community institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Iowa upon conviction for the commission of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.


FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*[signature]*
SEAN P. LYNCH, #25275
Assistant U.S. Attorney